UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREAYS MENDOZA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS INC.,<br><br>　　　　　　Defendants. | CASE NO. 2:18-cv-02005-RBS |

### DEFENDANT DIVERSIFIED CONSULTANTS, INC.'S MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

NOW COMES Diversified Consultants, Inc. ("DCI"), by and through its undersigned counsel, and files this Motion to Withdraw and Substitute Counsel and respectfully shows the Court as follows:

DCI moves to withdraw Richard J. Perr and Monica M. Littman. DCI moves to substitute Aaron R. Easley of Sessions, Fishman, Nathan & Israel, LLC, 3 Cross Creek Drive, Flemington, NJ  08822-4938, as counsel of record in place of Richard J. Perr and Monica M. Littman. Aaron R. Easley is a member in good standing with the State of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania.

All attorneys for the parties of record consent to this substitution of counsel. This Motion is based on good cause in that DCI desires this change of counsel and is not sought for the purposes of delay.

WHEREFORE, DCI respectfully requests the Court grant this Motion to Withdraw and Substitute Counsel, withdraw Richard J. Perr and Monica M.

Littman as counsel of record for DCI, and designate Aaron R. Easley and Sessions, Fishman, Nathan & Israel, LLC as counsel of record for DCI.

Dated: August 22, 2018

Respectfully submitted,

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3 Cross Creek Drive
Flemington, NJ  08822-4938
Telephone No.: (908) 237-1660
Facsimile No.: (908) 237-1663
Email: aeasley@sessions.legal
Attorney for Defendant,
Diversified Consultants, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on this 22nd day of August 2018, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

           /s/ Aaron R. Easley
           Aaron R. Easley, Esq.
           Attorney for Defendant,
           Diversified Consultants, Inc.