IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREAYS MENDOZA | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 18-2005 |
| DIVERSIFIED CONSULTANTS, INC. | : |

**ORDER**

**AND NOW**, this 18th day of June, 2019, upon consideration of Defendant's Partial Motion for Judgment on the Pleadings Seeking Dismissal of Plaintiff's Claims Under the Fair Debt Collection Practices Act (ECF No. 12), and all documents submitted in support thereof an in opposition thereto, it is **ORDERED** as follows:

1. Plaintiff has standing to assert the claims in the Complaint.

2. Defendant's Motion is **GRANTED** with respect to Count 3. Count 3 will be **DISMISSED**.

3. Defendant's Motion is **DENIED** with respect to Count 2.

**IT IS SO ORDERED.**

             **BY THE COURT:**

             _____
             **R. BARCLAY SURRICK, J.**